UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| IN RE: | ) | Case No.: | 1:16-cr-003, Buckson |
|---|---|---|---|
|  | ) |  | 1:16-cr-012, Ali |
| MOTION TO DISMISS | ) |  | 1:16-cr-030, Forrest, Jr. |
|  | ) |  | 1:16-cr-069, Hawk |
|  | ) |  | 1:16-cr-071, Pinson |
|  | ) |  | 1:16-cr-073, Warren |
|  | ) |  | 1:17-cr-023, Simmons |

### ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned cases. The Court finds a basis for the dismissals. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motions are **GRANTED**.

SO ORDERED this 1st day of March, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE
JUDGE
SOUTHERN DISTRICT OF GA

1